petition for writ of certiorari, addressed to JUSTICE BREYER and referred to the Court, denied.

AUGUST 15, 2003

No. 02–1766 (02A1067). ROBERTSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

AUGUST 18, 2003

No. 02–9493. BACA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari dismissed under this Court's Rule 46.

AUGUST 19, 2003

No. 02–1674. McCONNELL, UNITED STATES SENATOR, ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1675. NATIONAL RIFLE ASSN. ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1676. FEDERAL ELECTION COMMISSION ET AL. v. McCONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1702. McCAIN, UNITED STATES SENATOR, ET AL. v. McCONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1727. REPUBLICAN NATIONAL COMMITTEE ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1733. NATIONAL RIGHT TO LIFE COMMITTEE, INC., ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1734. AMERICAN CIVIL LIBERTIES UNION v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1740. ADAMS ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1747. PAUL, UNITED STATES CONGRESSMAN, ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1753.  CALIFORNIA DEMOCRATIC PARTY ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1755.  AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02–1756.  CHAMBER OF COMMERCE OF THE UNITED STATES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.  D. C. D. C.  [Probable jurisdiction noted, *ante,* p. 911.]  Motions of the National Rifle Association and the Paul plaintiffs for reconsideration of the August 4, 2003, order [*ante,* p. 974] concerning divided argument denied.

AUGUST 20, 2003

No. 03A143 (03–258).  IN RE MOORE.  D. C. M. D. Ala.  Application to recall mandate and to stay enforcement of final judgment, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

AUGUST 21, 2003

No. 03–5943 (03A142).  JONES *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

AUGUST 25, 2003

No. 02–682.  VERIZON COMMUNICATIONS INC. *v.* LAW OFFICES OF CURTIS V. TRINKO, LLP.  C. A. 2d Cir.  [Certiorari granted, 538 U. S. 905.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–809.  MARYLAND *v.* PRINGLE.  Ct. App. Md.  [Certiorari granted, 538 U. S. 921.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–819.  KONTRICK *v.* RYAN.  C. A. 7th Cir.  [Certiorari granted, 538 U. S. 998.]  Motion of the Solicitor General for leave